STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
*jstrickland@stroock.com*
ARJUN RAO (State Bar No. 265347
*arao@stroock.com*
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959
Email:     *lacalendar@stroock.com*

Attorneys for Defendant
  CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RAMONA EDERY, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITIBANK, N.A and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.:  CV 13-3578 KAW<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

LA 51669088

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA  )
)
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On August 2, 2013, I served the foregoing document(s) described as:

1. Civil Cover Sheet; ECR Registration Information Handout; "Welcome to the Oakland Divisional Office of The United States District Court"; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to a United States District Judge; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Kandis A. Westmore;

2. Notice of Removal of Defendant Citibank, N.A.; and

3. Citibank, N.A.'s Certification of Interested Entities or Persons

on the interested parties in this action as follows:

> Anthony J. Orshansky
> Justin Kachadoorian
> ORSHANSKY & YEREMIAN LLP
> 16133 Ventura Blvd., Suite 1245
> Encino, CA 91436

☐ **(VIA PERSONAL SERVICE** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☑ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 2, 2013, at Los Angeles, California.

    Diane Smith                              [Signature]
[Type or Print Name]                         [Signature]

LA 51669088